IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

Vs.                              CASE NO.  4:06cr00246-01 JMM

MARTIESHA RENEE MONTS                                                                 DEFENDANT

ORDER

Defendant appeared this date for a hearing on the United States' motion to revoke probation (DE #20).  Defendant admitted to the allegations contained in the motion to revoke.  Following defense counsel's statement in mitigation and without objection by the United States, the Court denies the motion to revoke probation.

Defendant's conditions of probation are modified as follows: Defendant shall be committed to a residential re-entry center for the remainder of her probation, which expires June 11, 2009. Defendant shall continue with mental health counseling and drug treatment and counseling.  During the period at the community confinement center, Defendant shall pay fifty (50) percent of her income toward the remainder of her restitution ($1,680.00). All other conditions remain in full force and effect.

Defendant is to report to the community confinement center as directed by the United States Probation Office.  Defendant is warned that any violation of probation will result in a show cause hearing as to why her probation should not be revoked.

The Clerk is directed to send a copy of this order to the United States Probation Office.

IT IS SO ORDERED this 26th day of February, 2009.

_____
UNITED STATES DISTRICT JUDGE